

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00572-CV

_____

IN RE JOSHUA KNIGHT, Relator

Original Proceeding
396th District Court of Tarrant County, Texas
Trial Court No. 1773154

Before Bassel, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's motion for leave and petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied, and his motion for leave to file a petition for writ of mandamus is denied as moot.

Per Curiam

Delivered: October 28, 2025